In the Matter of JOSE R. (ANONYMOUS), A Person Alleged to Be a Juvenile Delinquent, Appellant.—

Rabin, Acting P. J., Hopkins, Latham, Brennan and Benjamin, JJ., concur.